UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANABY RENTALS, INC.<br><br>                    Plaintiff,<br><br>     -against-<br><br>MT. HAWLEY INSURANCE COMPANY,<br><br>                    Defendant. | 24-CV-3481 (JPC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A joint status letter from the parties regarding the status of discovery was due on August 30, 2024. (*See* ECF 27.) The parties have not complied. I am sua sponte extended the deadline for the joint status letter nunc pro tunc until tomorrow, **September 6, 2024**.

DATED:  September 5, 2024
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge