UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                 :
DANABY RENTALS, INC.,                    :
                 :
        Plaintiff,          :
                 :       24 Civ. 3481 (JPC)
     -v-                 :
                 :       <u>ORDER</u>
MT. HAWLEY INSURANCE COMPANY,   :
                 :
        Defendant.       :
                 :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        The Court has received Defendant's pre-motion letters in anticipation of a motion for summary judgment and a motion to exclude Plaintiff's expert testimony, Dkts. 50, 51, as well as Plaintiff's responses, Dkts. 54, 55. None of the parties' correspondence sets forth a proposed briefing schedule for the anticipated motions, as is required by the Court's Individual Civil Rule 6.A. The parties shall file a joint letter by June 6, 2025 setting forth a proposed briefing schedule for Defendant's anticipated motions or dueling proposals if the parties are unable to reach an agreement.

        SO ORDERED.

Dated: June 4, 2025
       New York, New York

                                                  JOHN P. CRONAN
                                        United States District Judge