UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                                      :
DANABY RENTALS, INC.,                                                 :
                                                                      :
                    Plaintiff,                                        :
                                                                      :               24 Civ. 3481 (JPC)
        -v-                                                           :
                                                                      :                  ORDER
MT. HAWLEY INSURANCE COMPANY,                                         :
                                                                      :
                    Defendant.                                        :
                                                                      :
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        The Court received the parties' request for a referral to the Honorable Robyn F. Tarnofsky

for settlement discussions.  Dkt. 103.  The Court will enter a referral order on the docket.  Within

one week of the settlement conference, the parties shall submit a joint letter advising whether the

conference was successful, and if not, proposing next steps.

        SO ORDERED.

Dated:  March 3, 2026                           _____
        New York, New York                             JOHN P. CRONAN
                                                    United States District Judge