UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                          :

DANABY RENTALS, INC.,                    :

            Plaintiff,          :

                                      :       24 Civ. 3481 (JPC)

      -v-                    :

                                      :          ORDER

MT. HAWLEY INSURANCE COMPANY,    :

                                      :

            Defendant.      :

                                      :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of Defendant's letter seeking leave to file a motion for partial summary judgment, Dkt. 109, and Plaintiff's letter opposing that request, Dkt. 110. On July 9, 2026, at 11:00 a.m., the parties shall appear for a teleconference to discuss Defendant's request. In the event the Court denies the request, the parties should be prepared to discuss their trial availability.

At the scheduled time, counsel should call (855) 244-8681, access code 2302 755 2307.

SO ORDERED.

Dated: June 30, 2026
      New York, New York                         JOHN P. CRONAN
                                        United States District Judge